**Opinion issued November 13, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00792-CV

————————————

**SONIA GARRETT, Appellant**

**V.**

**SCIL TEXAS LLC, DBA SPEEDY CASH, Appellee**

On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1224545

## MEMORANDUM OPINION

Appellant has filed unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).   No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal in all things. *See* TEX. R.

APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.